# United States District Court

**EASTERN** _____ **DISTRICT OF** _____ **TENNESSE**

NATIONAL FITNESS CENTER, INC. and
COURT SOUTH TOTAL CONDITIONING
CLUBS, LLC,                                          JUDGMENT IN A CIVIL CASE
Plaintiffs,

V.

ATLANTA FITNESS, INC.,                             CASE NUMBER: 3:09-cv-133
d/b/a Custom Built Personal Fitness and
STEPHEN DOW,
Defendants.

[ X ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the
        jury has rendered its verdict.

[ ]     **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or
        heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant, Atlanta Fitness, Inc., d/b/a Custom Built

Personal Fitness, shall recover of the Plaintiffs National Fitness Center, Inc. and Court South Total

Conditioning Clubs, LLC, the sum of $145,000.

_____May 22, 2013_____          _Debra C. Poplin, Clerk_____
Date

                                              By ___s/ A. Brush_____
                                              Deputy Clerk