AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**EASTERN** DISTRICT OF TENNESSE

NATIONAL FITNESS CENTER, INC. and
COURT SOUTH TOTAL CONDITIONING
CLUBS, LLC,                          JUDGMENT IN A CIVIL CASE
Plaintiffs,
                          V.

ATLANTA FITNESS, INC.,               CASE NUMBER: 3:09-cv-133
d/b/a Custom Built Personal Fitness and
STEPHEN DOW,
Defendants.


[ X ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant, Atlanta Fitness, Inc., d/b/a Custom Built Personal Fitness, shall recover of the Plaintiffs National Fitness Center, Inc. and Court South Total Conditioning Clubs, LLC, the sum of $145,000.


|   May 22, 2013   |   Debra C. Poplin, Clerk   |
Date

                                     By    s/ A. Brush
                                     Deputy Clerk